IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| BECKY J. RYAN, | ) | Civil No. 3:09-CV-5235-KLS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR ATTORNEY FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) | |
| Defendant | ) | |

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $2,736.87, expenses in the amount of $55.47, for a total of $2,792.34, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $375.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 21st day of December 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER [3:09-CV-5235-KLS] -1

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER  [3:09-CV-5235-KLS] -2